# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re Proceeding in which the Commonwealth of Pennsylvania Seeks to Compel the Defender Association of Philadelphia to Produce Testimony and Documents and to Bar It From Continuing To Represent Defendant Mitchell in State Court | : : : : : Civ. No. 2:13-cv-01871-MAM : |
| In | : Related Case: : Mitchell v. Wetzel, |
| Commonwealth of Pennsylvania | : No. 11-cv-02063 : (McLaughlin, J.) |
| v. | : : |
| Isaac Mitchell, Sr. (No. CP-51-CR-0204961-1998) | : : : |

## PROPOSED ORDER

AND NOW, this 23/day of May, 2013, upon consideration of the Defender Association of Philadelphia's ("FCDO") unopposed motion for leave to file a reply brief in excess of fifteen pages, it is hereby ORDERED that said motion is GRANTED. The FCDO may file a reply brief in excess of fifteen pages, but not to exceed twenty pages, in support of the Defender Association's Motion to Dismiss.

MARY A. MCLAUGHLIN
United States District Judge