## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re Proceeding in which the Commonwealth of Pennsylvania Seeks to Compel the Defender Association of Philadelphia to Produce Testimony and Documents and to Bar It From Continuing To Represent Defendant Mitchell in State Court | : : : : : | Civ. No. 2:13-cv-01871-MAM |
| In | : : | Related Case: Mitchell v. Wetzel, |
| Commonwealth of Pennsylvania | : : | No. 11-cv-02063 (McLaughlin, J.) |
| v. | : : | |
| Isaac Mitchell, Sr. (No. CP-51-CR-0204961-1998) | : : : | |

## PROPOSED ORDER

AND NOW, on this _____ day of_____, 2013, upon consideration of the

Commonwealth's Motion to Remand, and the opposition filed in response thereto, it hereby

ORDERED that the Commonwealth's Motion to Remand is DENIED.  IT IS SO ORDERED.


_____
MARY A. MCLAUGHLIN
United States District Judge