IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE PROCEEDING IN WHICH THE :<br>COMMONWEALTH OF PENNSYLVANIA :<br>SEEKS TO COMPEL THE DEFENDER :<br>ASSOCIATION OF PHILADELPHIA :<br>TO PRODUCE TESTIMONY AND :<br>DOCUMENTS AND TO BAR IT FROM :<br>CONTINUING TO REPRESENT :<br>DEFENDANT MITCHELL IN STATE :<br>COURT : | NO. 13-cv-1871 |

ORDER

AND NOW, this 15th day of August, 2013, upon consideration of 1) the Commonwealth's motion to remand (Docket No. 14); and 2) the Federal Community Defender Organization's motion to dismiss (Docket No. 4), the briefs in support of and in opposition to these motions, and the replies and sur-replies thereto; and following an oral argument on June 27, 2013,

IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the Commonwealth's motion to remand is DENIED.

IT IS FURTHER ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the Federal Community Defender Organization's motion to dismiss is GRANTED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.